IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JOSHUA SHIREY                    :          CIVIL ACTION
                                 :
          v.                     :
                                 :
JAMES DAVIS, et al.              :          NO. 12-5696

ORDER

AND NOW, this 30th day of May, 2014, following oral argument in the above-captioned case, and for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the motion of defendants James Davis, Lori Lynde, Melissa Nelson, Kerry Kerschner, and Ed Yescavage for summary judgment (Doc. #24) is DENIED on the ground that genuine disputes of material fact exist.

BY THE COURT:


/s/ Harvey Bartle III
                                                    J.